**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Carlos Manuel PACHECO–CAMACHO, Defendant—Appellant.**

No. 02–30170.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Michael J. Brown, AUSA, USPO—Office of the U.S. Attorney, Mark O. Hatfield U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Harrison Stewart Latto, Esq., Law Office of Harrison S. Latto, Portland, OR, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Carlos Manuel Pacheco–Camacho appeals his guilty-plea conviction and 70-month sentence for one count of unlawful reentry into the United States by a deported alien, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Pacheco–Camacho has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Pacheco–Camacho has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

We **REMAND** to the district court with directions to correct the judgment to exclude the reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir. 2000).

**AFFIRMED in part and REMANDED in part.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

